# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KRYSTAL ALMAGUER

CASE NUMBER: 08 C 587

V.

ASSIGNED JUDGE: Norgle

COOK COUNTY, and FELICE VANARIA, in his individual capacity

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

County of Cook
Cook County Sheriff's Department
500 Richard J. Daley Center
50 West Washington Street
Room 701
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dana L. Kurtz
Kurtz Law Offices, LLC
414 South State Street
Lockport, Illinois 60441
Telephone: 815.838.0968

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 4 2008

DATE

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Krystal Almaguer vs. Cook County, and Felice Vanaria, in his individual capacity

CASE NUMBER: 08 C 587

## AFFIDAVIT OF PROCESS SERVER

I, **Mark Gascon**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117–001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **County of Cook, Cook County Sherriff's Department** at its usual place of business located at **50 West Washington Street Room 704, Chicago, IL 60602** by serving its authorized agent and/or employee **Charles Sanders**, on **02/19/2008** at **10:30 AM**.
Description: **Sex: Male – Age: 40 – Skin: White – Hair: Bald – Height: Sitting – Weight: 180**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

x_____
Mark Gascon

Subscribed and Sworn to before me on this ____ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melissa Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

10798