## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KRYSTAL ALMAGUER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 587 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Norgle |
| COOK COUNTY, and FELICE VANARIA, | ) | |
| In his individual capacity, | ) | Magistrate Judge Valedez |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant the COUNTY OF COOK, by its attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on March 10, 2008.

The County of Cook was properly served on March 14, 2008.

Plaintiff alleges in this suit that defendant County of Cook is liable for the actions of defendant Vanaria as it was his employer and he is alleged to have acted within the scope of his employment at the time of the alleged events.

That Defendant County of Cook will need to all documents which are related to the allegations in order to prepare a proper answer or other pleading to Plaintiff's complaint.

That defense counsel will be out of town on a previously scheduled matter fom April 11 to April 22, 2008.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an additional enlargement of time, up to and including May 9, 2008, for the Defendant to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

                          Respectfully Submitted,

                          RICHARD A. DEVINE
                          State's Attorney of Cook County

By:    __S/ Jamie M. Sheehan_____
         Jamie M. Sheehan
         ARDC # 6257647
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, IL 60602
         (312) 603-6772