IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRYSTAL ALMAGUER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 587 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles R. Norgle |
| COOK COUNTY, and FELICE VANARIA, | ) | |
| In his individual capacity, | ) | Magistrate Judge Valedez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Dana L. Kurtz
      Kurtz Law Offices, LLC
      414 South State Street
      Lockport, Illinois 60441

**PLEASE TAKE NOTICE** that on March 28, 2008 at. 9:30 a.m. I shall appear before the Honorable Charles R. Norgle in the courtroom usually occupied by him in Room 2341 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                              By:___S/ Jamie M. Sheehan_____
                                    Assistant State's Attorney
                                    500 Richard J. Daley Center
                                    Chicago, Il 60602
                                    ARDC# 6257647
                                    (312) 603-6772