CERTIFICATE OF SERVICE

I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on March 24, 2008 in accordance with the United States District Court for the Northern District of Illinois' ECF filing requirements.

s/Jamie M. Sheehan