THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRYSTAL ALMAGUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COOK COUNTY, and FELICE VANARIA, in his individual capacity,<br><br>　　　　Defendants. | Case No.: 08 C 587<br><br>Judge Norgle<br>Magistrate Judge Valdez |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT VANARIA

NOW COMES Plaintiff KRYSTAL ALMAGUER, by and through her attorneys, Kurtz Law Offices, LLC, and respectfully moves this Court for an Order of Default Judgment against Defendant Vanaria. In support Plaintiff states as follows:

　　1.　　Plaintiff filed its Complaint on January 25, 2008.

　　2.　　On February 20, 2008, Defendant Vanaria was personally served in accordance with Fed.R.Civ.P. 4(e)(2)(B). (*See* Exhibit 1, 2/20/2008 Affidavit of Process Server and executed summons).

　　3.　　Defendant Vanaria's Answer was due on or before March 11, 2008.

　　4.　　Defendant Vanaria has failed to answer or otherwise plead in the above-captioned matter despite his answer being due on or before March 11, 2008.

　　5.　　Defendant is thus in default and default judgment is the proper remedy for Defendant's failure to comply with the Summons issued and served in this case.

6. On March 25, 2008, Plaintiff's attorney's office sent to Defendant Vanaria this Motion for Default and Notice of Motion, at the last known address of 19829 Silverside Drive, Tinley Park, Illinois 60487, via Certified Mail – Article Number 70042510000347485226.  (*See* Exhibit 2, 3/25/08 Certified Mail Return Receipt with Postage.)

7. The notice of this motion is intended to and does advise Defendant Vanaria that he should retain counsel and/or personally appear in this matter by Friday, April 18, 2008, at 10:30 a.m., at which time this motion will be heard.

8. Defendant has been given proper notice of said motion and therefore, Plaintiff requests an Order for Default should be entered in this matter.

WHEREFORE, Plaintiff prays that this Court enter an Order granting a default judgment against Defendant Goncher and for such other relief as is just and equitable.

Respectfully Submitted,

KRYSTAL ALMAGUER

*s/Dana L. Kurtz*
Attorney for Plaintiff

*Electronically filed on March 25, 2008*

Dana L. Kurtz, Esq. (ARDC# 6256245)
Heidi Karr Sleper, Esq. (ARDC# 6287421)
KURTZ LAW OFFICES, LLC
414 South State Street
Lockport, Illinois 60441
Phone:  815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us
E-mail: hsleper@kurtzlaw.us