THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRYSTAL ALMAGUER,<br><br>    Plaintiff,<br><br>  v.<br><br>COOK COUNTY, and FELICE VANARIA, in his individual capacity,<br><br>    Defendants. | Case No.: 08 C 587<br><br>Judge Norgle<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:   *See attached Proof of Service*

Please take notice that on **Friday, April 18, 2008 at 10:30 a.m.,** I will appear before the Honorable Judge Charles R. Norgle, or any other Judge sitting in his stead in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, Room 2341 and then and there present the attached, **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT VANARIA,** a copy of which is hereby served upon you.

***s/Dana L. Kurtz*** 
*Electronically filed on March 25, 2008*


Dana L. Kurtz, Esq. (ARDC# 6256245)
Heidi Karr Sleper, Esq. (ARDC# 6287421)
KURTZ LAW OFFICES, LLC
414 South State Street
Lockport, Illinois 60441
Phone:      815.838.0968
Facsimile:  312.893.2239
E-mail:     dkurtz@kurtzlaw.us
E-mail:     hsleper@kurtzlaw.us

## PROOF OF SERVICE

      The undersigned, an attorney, on oath states that I served this notice by United States Mail to the parties shown below on or before 5 p.m. on March 25, 2008.

**VIA CERTIFIED MAIL**
**ARTICLE NUMBER 70042510000347485226**
Felice Vanaria
19829 Silverside Drive
Tinley Park, Illinois  60487

**COUNSEL FOR COOK COUNTY**
Jamie Melissa Sheehan
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois  60602


                                      **s/Dana L. Kurtz**_____
                                      *Electronically filed on March 25, 2008*