UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Krystal Almaguer
                        Plaintiff,

v.                                                Case No.: 1:08−cv−00587
                                                     Honorable Charles R. Norgle Sr.

Cook County, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Status hearing held on 5/9/2008. Defendants are given 28 days to answer or otherwise plead to the Amended Complaint. Motion for default judgment [13] is denied as moot. Status hearing is continued to 7/25/2008 at 9:30 a.m. Mailed notice(ewf,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.