UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRYSTAL ALMAGUER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 587 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Norgle |
| COOK COUNTY, and FELICE VANARIA, | ) | |
| In his individual capacity, | ) | Magistrate Judge Valedez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Dana L. Kurtz
      Kurtz Law Offices, LLC
      414 South State Street
      Lockport, Illinois 60441

**PLEASE TAKE NOTICE** that on the June 6, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendant Cook County's Answer to Plaintiff's First Amended complaint.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Patrick S. Smith
    Patrick S. Smith
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-2388

## CERTIFICATE OF SERVICE

I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on June 6, 2008 at or before 5:00 p.m. electronically via the ECF-CM system

/s/ Patrick S. Smith
Patrick S. Smith